B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Northern District of California

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Exigen (USA), Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FKA Datamax Technologies, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**95-4407507** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**345 California St**<br>**10th Floor**<br>**San Francisco, CA**<br>ZIP Code **94104** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**San Francisco** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Chapter 11 Debtors**

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Exigen (USA), Inc. | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____
  Signature of Attorney for Debtor(s)        (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B1 (Official Form 1)(04/13) | Page 3 |
|---|---|

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Exigen (USA), Inc.** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _____ <br> Signature of Debtor <br><br> X _____ <br> Signature of Joint Debtor <br><br> _____ <br> Telephone Number (If not represented by attorney) <br><br> _____ <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only one box.) <br><br> ☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. <br><br> ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X _____ <br> Signature of Foreign Representative <br><br> _____ <br> Printed Name of Foreign Representative <br><br> _____ <br> Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X  **/s/ Iain A. Macdonald** <br> Signature of Attorney for Debtor(s) <br><br> **Iain A. Macdonald 051073** <br> Printed Name of Attorney for Debtor(s) <br><br> **Macdonald Fernandez LLP** <br> Firm Name <br><br> **221 Sansome St., 3rd Flr.** <br> **San Francisco, CA 94104** <br> Address <br><br> **(415) 362-0449  Fax: (415) 394-5544** <br> Telephone Number <br><br> **October 17, 2013** <br> Date <br><br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) <br><br> _____ <br> Address <br><br> X _____ <br> _____ <br> Date <br><br> Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X  **/s/ Sergiy Synyanskyy** <br> Signature of Authorized Individual <br><br> **Sergiy Synyanskyy** <br> Printed Name of Authorized Individual <br><br> **Director** <br> Title of Authorized Individual <br><br> **October 17, 2013** <br> Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.* |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of California

In re **Exigen (USA), Inc.**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Bouchard Margules & Friedlander, P.A.**<br>222 Delaware Ave<br>Suite 1400<br>Wilmington, DE 19801 | **Bouchard Margules & Friedlander, P.A.**<br>222 Delaware Ave<br>Suite 1400<br>Wilmington, DE 19801 | | | 154,313.00 |
| **Codan Services Limited**<br>Clarendon House<br>P.O. Box HM 1022<br>Hamilton, HM, DX<br>BERMUDA | **Codan Services Limited**<br>Clarendon House<br>P.O. Box HM 1022<br>BERMUDA | | | 16,635.00 |
| **Cotchett Pitre & McCarthy LLP**<br>San Francisco Airport Office Ctr<br>840 Malcolm Road<br>Suite 200<br>Burlingame, CA 94010 | **Cotchett Pitre & McCarthy LLP**<br>San Francisco Airport Office Ctr<br>840 Malcolm Road<br>Burlingame, CA 94010 | | | 24,231.00 |
| **Document Technologies, LLC**<br>64 West 48th Street<br>6th Floor<br>New York, NY 10036 | **Document Technologies, LLC**<br>64 West 48th Street<br>6th Floor<br>New York, NY 10036 | | | 177,806.13 |
| **ExiFAST Collabra**<br>345 California Street<br>10th Floor<br>San Francisco, CA 94104 | **ExiFAST Collabra**<br>345 California Street<br>10th Floor<br>San Francisco, CA 94104 | | | 737,792.00 |
| **Exigen Capital Management, LLC**<br>345 California Street<br>22nd Floor<br>San Francisco, CA 94104 | **Exigen Capital Management, LLC**<br>345 California Street<br>22nd Floor<br>San Francisco, CA 94104 | | | 615,227.00 |
| **Exigen Elite**<br>345 California Street<br>10th Floor<br>San Francisco, CA 94104 | **Exigen Elite**<br>345 California Street<br>10th Floor<br>San Francisco, CA 94104 | | | 187,572.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re **Exigen (USA), Inc.** Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Exigen Insurance Solutions, Inc.**<br>345 California Street<br>10th Floor<br>San Francisco, CA 94104 | **Exigen Insurance Solutions, Inc.**<br>345 California Street<br>10th Floor<br>San Francisco, CA 94104 | | | **28,565.00** |
| **Exigen Services, LTD.**<br>345 California Street<br>10th Floor<br>San Francisco, CA 94104 | **Exigen Services, LTD.**<br>345 California Street<br>10th Floor<br>San Francisco, CA 94104 | | | **25,892.00** |
| **Expermarkets Canada, Inc.**<br>345 California Street<br>10th Floor<br>San Francisco, CA 94104 | **Expermarkets Canada, Inc.**<br>345 California Street<br>10th Floor<br>San Francisco, CA 94104 | | | **339,225.00** |
| **Fliesler Meyer LLP**<br>410 Pacific Avenue<br>San Francisco, CA 94133 | **Fliesler Meyer LLP**<br>410 Pacific Avenue<br>San Francisco, CA 94133 | | | **20,182.00** |
| **Greenberg Traurig LLP**<br>4 Embarcadero Center<br>Suite 3000<br>San Francisco, CA 94111-5983 | **Greenberg Traurig LLP**<br>4 Embarcadero Center<br>Suite 3000<br>San Francisco, CA 94111-5983 | | | **46,521.00** |
| **Greg Shenkman**<br>28 Meadow Hill Drive<br>Tiburon, CA 94920 | **Greg Shenkman**<br>28 Meadow Hill Drive<br>Tiburon, CA 94920 | | | **22,500.00** |
| **Haarmann**<br>Neue Mainzerstrabe 75<br>Frankfurt<br>GERMANY 60311 | **Haarmann**<br>Neue Mainzerstrabe 75<br>GERMANY 60311 | | | **27,186.00** |
| **KBHT Kalus & Hilger**<br>PromenadenstraBe 1<br>D-41460 Neuss<br>GERMANY | **KBHT Kalus & Hilger**<br>PromenadenstraBe 1<br>D-41460 Neuss<br>GERMANY | | | **13,418.00** |
| **Lexence Advocaten & Notarissen**<br>Peter Van Anrooystraat 7<br>Postbus 1076 DA<br>Amsterdam<br>NEDERLAND | **Lexence Advocaten & Notarissen**<br>Peter Van Anrooystraat 7<br>Postbus 1076 DA<br>NEDERLAND | | | **9,219.00** |
| **Lextron Systems, Inc.**<br>20264 Ljepava Drive<br>Saratoga, CA 95070 | **Lextron Systems, Inc.**<br>20264 Ljepava Drive<br>Saratoga, CA 95070 | | | **16,250.00** |
| **Simmons & Ungar, LLP**<br>351 California Street<br>Suite 1300<br>San Francisco, CA 94104 | **Simmons & Ungar, LLP**<br>351 California Street<br>Suite 1300<br>San Francisco, CA 94104 | | | **15,397.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **Exigen (USA), Inc.** Case No. _____
  Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Time Warner<br>One Time Warner Center<br>Attn: Director of Real Estate Services<br>New York, NY 10019-8016 | Time Warner<br>One Time Warner Center<br>Attn: Director of Real Estate Services<br>New York, NY 10019-8016 | | | 359,367.00 |
| TW Telecome<br>P.O. Box 172567<br>Denver, CO 80217-2567 | TW Telecome<br>P.O. Box 172567<br>Denver, CO 80217-2567 | | | 9,253.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Director of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **October 17, 2013**  Signature **/s/ Sergiy Synyanskyy**
　　　　　　　　　　　　　　　　　　　　　　**Sergiy Synyanskyy**
　　　　　　　　　　　　　　　　　　　　　　**Director**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com　　　　Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re **Exigen (USA), Inc.**  
Debtor(s)

Case No.  
Chapter **11**

# CREDITOR MATRIX COVER SHEET

     I declare that the attached Creditor Mailing Matrix, consisting of **6** sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date: **October 17, 2013**

**/s/ Iain A. Macdonald**  
Signature of Attorney  
**Iain A. Macdonald 051073**  
**Macdonald Fernandez LLP**  
**221 Sansome St., 3rd Flr.**  
**San Francisco, CA 94104**  
**(415) 362-0449   Fax: (415) 394-5544**

ADP Commercial Leasing
P.O. Box 34656
Newark, NJ 07189


Bouchard Margules & Friedlander, P.A.
222 Delaware Ave
Suite 1400
Wilmington, DE 19801


City & County Tax Collector
Business Tax Dept
P.O. Box 7425
San Francisco, CA 94120-7425


Codan Services Limited
Clarendon House
P.O. Box HM 1022
Hamilton, HM, DX
BERMUDA


Conyers Dill & Pearman Limited
Clarendon House, 2 Church St
P.O. Box HM 666
Hamilton, HM, CX
BERMUDA


Corporation Service Company
P.O. Box 13397
Philadelphia, PA 19101-3397


Cotchett Pitre & McCarthy LLP
San Francisco Airport Office Ctr
840 Malcolm Road
Suite 200
Burlingame, CA 94010


Cote & Company
703 Market Street
Suite 600
San Francisco, CA 94103

Department of Treasury
Internal Revenue Service
Ogden, UT 84201-0030


DeWinter Consulting, Inc.
333 Twin Dolphin Drive
Suite 380
Redwood City, CA 94065


Document Technologies, LLC
64 West 48th Street
6th Floor
New York, NY 10036


Employment Development Dept.
P.O. Box 989061
West Sacramento, CA 95798-9061


Employment Screening Resources
7110 Redwood Blvd.
Suite C
Novato, CA 94945


Equinox Fitness Clubs
P.O. Box 1774
New York, NY 10156-1774


Esther Carlson
8018 Creekside Drive
Dublin, CA 94568


ExiFAST Collabra
345 California Street
10th Floor
San Francisco, CA 94104

Exigen Capital Management, LLC
345 California Street
22nd Floor
San Francisco, CA 94104


Exigen Elite
345 California Street
10th Floor
San Francisco, CA 94104


Exigen Insurance Solutions, Inc.
345 California Street
10th Floor
San Francisco, CA 94104


Exigen Services, LTD.
345 California Street
10th Floor
San Francisco, CA 94104


Expermarkets Canada, Inc.
345 California Street
10th Floor
San Francisco, CA 94104


Financial Executives International
200 Campus Drive
Florham Park, NJ 07932-0674


Fliesler Meyer LLP
410 Pacific Avenue
San Francisco, CA 94133


Globalinx
P.O. Box 749682
Los Angeles, CA 90074

Golden Gate Retirement Consultants
1250 Bayhill Road
Suite 100
San Bruno, CA 94066


Gordon & Rees, LLP
275 Battery Street
Suite 2000
San Francisco, CA 94111


Greenberg Glusker Fields
Claman & Machtinger LLP
1900 Avenue of the Stars
21st Floor
Los Angeles, CA 90067


Greenberg Traurig LLP
4 Embarcadero Center
Suite 3000
San Francisco, CA 94111-5983


Greg Shenkman
28 Meadow Hill Drive
Tiburon, CA 94920


Haarmann
Neue Mainzerstrabe 75
Frankfurt
GERMANY 60311


Iron Mountain
P.O. Box 27131
New York, NY 10087-7131


KBHT Kalus & Hilger
PromenadenstraBe 1
D-41460 Neuss
GERMANY

Lexence Advocaten & Notarissen
Peter Van Anrooystraat 7
Postbus 1076 DA
Amsterdam
NEDERLAND


Lextron Systems, Inc.
20264 Ljepava Drive
Saratoga, CA 95070


Octopus Investments, Inc.
20 Old Bailey
LONDON, EC4M 7AN


Rowbothan & Company LLP
101 Second Street
Suite 1200
San Francisco, CA 94105


Sharon Moe Benefit Com Services
26248 Enterprise Court
Lake Forest, CA 92630


Simmons & Ungar, LLP
351 California Street
Suite 1300
San Francisco, CA 94104


T-Mobile
P.O. Box 51843
Los Angeles, CA 90051-6143


The State Insurance Fund
Disability Benefits
P.O. Box 5261
Binghamton, NY 13902-5261

Theordore Garcia
1025 Vista Grande Street
Binghamton, NY 13902-5261


Time Warner
One Time Warner Center
Attn:  Director of Real Estate Services
New York, NY 10019-8016


TW Telecome
P.O. Box 172567
Denver, CO 80217-2567


Wolters Kluwer Busineses
Corporate Legal Services
Wanut Creek Corp, Team 1
1350 Treat Blvd., Suite 100
Walnut Creek, CA 94597