# United States Bankruptcy Court
## Northern District of California

In re: **Exigen (USA), Inc.**
Debtor(s)

Case No. **13-32281**
Chapter **11**

## CREDITOR MATRIX COVER SHEET - AMENDED

I declare that the attached Creditor Mailing Matrix, consisting of **8** sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date: **December 6, 2013**

**/s/ Iain A. Macdonald**
Signature of Attorney
**Iain A. Macdonald 051073
Macdonald Fernandez LLP
221 Sansome St., 3rd Flr.
San Francisco, CA 94104
(415) 362-0449   Fax: (415) 394-5544**

ADP Commercial Leasing
P.O. Box 34656
Newark, NJ 07189


Bouchard Margules & Friedlander, P.A.
222 Delaware Ave
Suite 1400
Wilmington, DE 19801


CA Department of Labor and Industries                    ADDED
455 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102


City & County Tax Collector
Business Tax Dept
Attn: Bureau of Delinquent Revenue
P.O. Box 7425
San Francisco, CA 94120-7425


Codan Services Limited
Clarendon House
P.O. Box HM 1022
Hamilton, HM, DX
BERMUDA


Conyers Dill & Pearman Limited
Clarendon House, 2 Church St
P.O. Box HM 666
Hamilton, HM, CX
BERMUDA


Corporation Service Company
P.O. Box 13397
Philadelphia, PA 19101-3397


Cotchett Pitre & McCarthy LLP
San Francisco Airport Office Ctr
840 Malcolm Road
Suite 200
Burlingame, CA 94010

Cote & Company
703 Market Street
Suite 600
San Francisco, CA 94103


David A. Hanzo, Esquire                                          ADDED
Jenner & Block, LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001


DeWinter Consulting, Inc.
1999 S. Bascom Ave., Suite 210
Campbell, CA 95008


Document Technologies, LLC
64 West 48th Street
6th Floor
New York, NY 10036


Employment Development Dept.
P.O. Box 989061
West Sacramento, CA 95798-9061                                   .


Employment Screening Resources
7110 Redwood Blvd.
Suite C
Novato, CA 94945


EquaTrax, L.P.                                                   ADDED
f/k/a Royalty Services, L.P.
EquaTrax, L.P.
f/k/a Royalty Services,
L.P.
c/o Universal Music Group
2220 Colorado Ave.
Santa Monica, CA 90404


Equinox Fitness Clubs
P.O. Box 1774
New York, NY 10156-1774

```
Esther Carlson
8018 Creekside Drive
Dublin, CA 94568


Exifast, Inc.                                              ADDED
345 California Street
10th Floor
San Francisco, CA 94104


                                                           ADDED
Exigen (BVI), Inc.
345 California Street, 22nd Floor
San Francisco, CA 94104


Exigen (Canada), Inc.                                      ADDED
345 California Street, 22nd Floor
San Francisco, CA 94104


Exigen Capital Management, LLC
345 California Street
10th Floor
San Francisco, CA 94104


                                                           ADDED
Exigen Capital, L.P.
345 California Street
10th Floor
San Francisco, CA 94104


                                                           ADDED
Exigen EbIT, Ltd.
Attn. Alex Kolt
345 California Street
10th Floor
San Francisco, CA 94104


Exigen Elite
345 California Street
10th Floor
San Francisco, CA 94104
```

Exigen Insurance Solutions, Inc.
345 California Street
10th Floor
San Francisco, CA 94104

Exigen Latvia (SWH Tehnologija)                      ADDED
345 California Street, 22nd Floor
San Francisco, CA 94104

Exigen Properties, Inc.                              ADDED
345 California Street, 22nd Floor
San Francisco, CA 94104

Exigen, Ltd.                                         ADDED
345 California Street, 22nd Floor
San Francisco, CA 94104

Expermarkets Canada, Inc.
345 California Street
10th Floor
San Francisco, CA 94104

Financial Executives International
200 Campus Drive
Florham Park, NJ 07932-0674

Fliesler Meyer LLP
410 Pacific Avenue
San Francisco, CA 94133

Genesys Telecommunications                           ADDED
Laboratories, Inc.
c/o Sheppard Mullin Richter & Hampton
1901 Avenue of the Stars, 16th Floor
Los Angeles, CA 90067

Globalinx
P.O. Box 749682
Los Angeles, CA 90074


Golden Gate Retirement Consultants
1250 Bayhill Road
Suite 100
San Bruno, CA 94066


Gordon & Rees, LLP
275 Battery Street
Suite 2000
San Francisco, CA 94111


Greenberg Traurig LLP
4 Embarcadero Center
Suite 3000
San Francisco, CA 94111-5983


Greg Shenkman
28 Meadow Hill Drive
Tiburon, CA 94920


Haarmann
Neue Mainzerstrabe 75
Frankfurt
GERMANY 60311


Iron Mountain
P.O. Box 27131
New York, NY 10087-7131


Jane K. Springwater, Esquire                               ADDED
Friedman & Springwater, LLP
33 New Montgomery Street
Suite 290
San Francisco, CA 94105

John A. Sensing, Esquire                              ADDED
Potter, Anderson & Corroon, LLP
1313 N. Market Street
Wilmington, DE 19801


John P. Stigi, III, Esquire                           ADDED
Sheppard, Mullin, Richter & Hampton, LLP
1901 Avenue of the Stars, 16th Floor
Los Angeles, CA 90067


KBHT Kalus & Hilger
PromenadenstraBe 1
D-41460 Neuss
GERMANY


Lexence Advocaten & Notarissen
Peter Van Anrooystraat 7
Postbus 1076 DA
Amsterdam
NEDERLAND


Lextron Systems, Inc.
20264 Ljepava Drive
Saratoga, CA 95070


Linda Boyle
TW Telecom, Inc.                                      ADDED
10475 Park Meadows Drive #400
Lone Tree, CO 80124


Octopus Investments, Inc.
20 Old Bailey
LONDON, EC4M 7AN


Paul Vogel                                            ADDED
ADP Commercial Leasing
15 Waterview Boulevard
Parsippany, NJ 07054

| | |
|---|---|
| Return on Intelligence, Ltd.<br>(f/k/a Exigen Services, Ltd.)<br>345 California Street<br>10th Floor<br>San Francisco, CA 94104 | ADDED |
| Richard L. Horwitz, Esquire<br>Potter, Anderson & Corroon, LLP<br>1313 N. Market Street<br>Wilmington, DE 19801 | ADDED |
| Rowbothan & Company LLP<br>101 Second Street<br>Suite 1200<br>San Francisco, CA 94105 | |
| Ryan A. Wagner, Esquire<br>McDermott Will & Emery LLP<br>340 Madison Avenue<br>New York, NY 10173 | ADDED |
| Sharon Moe Benefit Com Services<br>26248 Enterprise Court<br>Lake Forest, CA 92630 | |
| Simmons & Ungar, LLP<br>351 California Street<br>Suite 1300<br>San Francisco, CA 94104 | |
| State of California<br>Franchise Tax Board<br>Section MS A340<br>Post Office Box 2952<br>Sacramento, CA 95812 | ADDED |
| T-Mobile<br>P.O. Box 51843<br>Los Angeles, CA 90051-6143 | |

The State Insurance Fund
Disability Benefits
P.O. Box 5261
Binghamton, NY 13902-5261


Theordore Garcia
1025 Vista Grande Street
Binghamton, NY 13902-5261


Tiffany Strelow Cobb                                                ADDED
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215


Time Warner
One Time Warner Center
Attn: Director of Real Estate Services
New York, NY 10019-8016


TW Telecom, Inc.
P.O. Box 172567
Denver, CO 80217-2567


                                                                    ADDED
Universal Music Group, Inc.
Attn: Marinus N. Henny
1755 Broadway, 5th Fl.
New York, NY 10019


Wolters Kluwer Busineses
Corporate Legal Services
Wanut Creek Corp, Team 1
1350 Treat Blvd., Suite 100
Walnut Creek, CA 94597