```
MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile:  (415) 394-5544

Attorneys for Debtor-in-Possession
EXIGEN (USA), INC.
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>EXIGEN (USA), INC.<br><br>            Debtor. | Case Nos.  13-32281-DM-11<br><br>Chapter 11<br><br>WITHDRAWAL OF APPLICATION TO APPROVE EMPLOYMENT OF COTCHETT, PITRE & McCARTHY, LLP AS SPECIAL COUNSEL PURSUANT TO 11 U.S.C. §327(e) |

TO: THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE, AT SAN FRANCISCO, CALIFORNIA, AND ALL OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE that Exigent (USA), Inc. withdraws its application to approve the employment of Cotchett, Pitre & Mccarthy, LLP as special counsel pursuant to 11 U.S.C. §327(e) without prejudice to re-presenting the application at a later date.

DATED: December 12, 2013             MACDONALD | FERNANDEZ LLP

                                                        By: /s/ Iain A. Macdonald
                                                              Iain A. Macdonald, Esq.
                                                              Attorneys for Debtor-in-Possession,
                                                              Exigen (USA), Inc.

1