MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor-in-Possession,
EXIGEN (USA), INC.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>EXIGEN (USA), INC.,<br><br>　　　　Debtor. | Case No. 13-32281-DM-11<br><br>Chapter 11<br><br>NOTICE OF WITHDRAWAL OF COMBINED CHAPTER 11 PLAN AND DISCLOSURE STATEMENT<br>(Dated December 6, 2013)<br><br>Honorable Dennis Montali |

　　　　NOTICE IS HEREBY GIVEN that the Debtor-in-Possession withdrawals its Combined Chapter 11 Plan and Disclosure Statement (Dated December 6, 2013).

DATED:  December 19, 2013　　　　　　　　　MACDONALD FERNANDEZ LLP

　　　　　　　　　　　　　　　　　　　　　　By: /s/ Iain A. Macdonald
　　　　　　　　　　　　　　　　　　　　　　　　Iain A. Macdonald
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Debtor-in-Possession,
　　　　　　　　　　　　　　　　　　　　　　　　Exigen (USA), Inc.

1