Signed and Filed: December 23, 2013

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  FRIEDMAN & SPRINGWATER LLP
   JANE K. SPRINGWATER (S.B. NO. 100284)
2  STEFANIE A. ELKINS (S.B. NO. 249839)
   33 New Montgomery Street, Suite 290
3  San Francisco, CA 94105
   Telephone Number:  (415) 834-3800
4  Facsimile Number:  (415) 834-1044
   Email: jspringwater@friedmanspring.com
5  Email: selkins@friedmanspring.com

6  JENNER & BLOCK LLP
   VINCENT E. LAZAR (admitted *pro hac vice*)
7  LANDON S. RAIFORD (admitted *pro hac vice*)
   353 N. Clark Street
8  Chicago, IL 60654-3456
   Telephone Number: (312) 923-2989
9  Facsimile Number: (312) 840-7389
   Email: VLazar@jenner.com
10 Email: LRaiford@jenner.com

11 Attorneys for Creditor
   Universal Music Investments, Inc.

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 13-32281 DM |
| Exigen (USA), Inc. | Chapter 11 |
| Debtor. | **ORDER GRANTING MOTION TO APPOINT A CHAPTER 11 TRUSTEE** |
| | Date:  December 19, 2013<br>Time:  11:00 a.m.<br>Place:  Courtroom 22<br>           235 Pine Street, 22nd Floor<br>           San Francisco, CA |
| | Judge:  Honorable Dennis Montali |

The Motion for Appointment of a Chapter 11 Trustee or to Convert Case to Chapter 7 [Docket No. 25] (the "Motion") filed by Universal Music Investments, Inc. ("UMI") in the above-captioned bankruptcy case of Exigen (USA), Inc. (the "Debtor"), came on regularly for hearing on December 19, 2013, at 11:00 a.m. Vincent Lazar of Jenner & Block LLP and Jane Springwater of Friedman & Springwater LLP appeared on behalf of UMI; Iain Macdonald and Matthew Olson of Macdonald | Fernandez LLP appeared on behalf of the Debtor; the Court having considered the Motion, the opposition filed by the Debtor [Docket No. 38], the reply filed by UMI [Docket No. 43], and the record in this chapter 11 case; the Court having found that notice was proper and that good cause exists for the relief sought by UMI in its Motion for the reasons set forth in this Court's tentative ruling and at the hearing on the Motion, it is hereby

ORDERED THAT:

1. The Motion is granted insofar as it requests appointment of a chapter 11 trustee; and

2. The U.S. Trustee is directed to appoint a chapter 11 trustee for the Debtor's case.

*** END OF ORDER ***

Approved as to form:

DATED: December 20, 2013                MACDONALD | FERNANDEZ LLP

                                        By: */s/ Matthew J. Olson*
                                            Iain A. Macdonald
                                            Reno F.R. Fernandez
                                            Matthew J. Olson
                                            Attorneys for Debtor-in-Possession
                                            EXIGEN (USA), INC.

{00689466.DOCX v 1}                     2