MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104-2323
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor,
EXIGEN (USA), INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>EXIGEN (USA), INC.<br><br>Debtor. | Case No. 13-32281-DM-11<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON DEBTOR'S MOTION TO RECONSIDER ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE**<br><br>Date: January 31, 2014<br>Time: 10:00 a.m.<br>Place: 235 Pine Street, 22nd Floor<br>      San Francisco, California<br><br>Hon. Dennis Montali |

    NOTICE IS HEREBY GIVEN a hearing on the Motion to Reconsider Order Directing the Appointment of a Chapter 11 Trustee, filed by Exigen (USA), Inc., shall be held at 10:00 a.m. on January 31, 2014, before the Honorable Dennis Montali, United States Bankruptcy Judge, at 235 Pine Street, 22nd Floor, San Francisco, California. Opposition to the Motion, if any, must be filed and served no later than seven calendar days prior to the hearing.

DATED: January 7, 2014                              MACDONALD | FERNANDEZ LLP

                                                      By: /s/ Iain A. Macdonald
                                                           Iain A. Macdonald,
                                                           Attorneys for Debtor,
                                                           EXIGEN (USA), INC.

1