KYLE EVERETT
DEVELOPMENT SPECIALISTS, INC.
235 Pine Street, Suite 1150
San Francisco, CA 94104
Telephone: (415) 981-2717
Facsimile: (415) 981-2718

CHAPTER 11 TRUSTEE

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: | Case No. 13-32281-DM-11 |
| EXIGEN (USA), INC. | Chapter 11 |
| Debtor. | |

# NOTICE OF ACCEPTANCE OF APPOINTMENT OF CHAPTER 11 TRUSTEE

Notice is hereby given, under Fed. R. Bankr. P 2008, that the undersigned accepts the appointment of chapter 11 trustee in the above captioned case.

A bond in the amount set by the United States Trustee has been filed with the court in accordance with 11 U.S.C. §322(a).

Dated: JANUARY 24, 2014    _____
                            KYLE EVERETT

Notice of acceptance of chapter 11 trustee    -1-