TRACY HOPE DAVIS
United States Trustee for Region 17
Office of the U.S. Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104-2745
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

By:   DONNA S. TAMANAHA (WI#1015719)
      Assistant United States Trustee
      Email: donna.s.tamanaha@usdoj.gov

Signed and Filed: January 23, 2014

_____
DENNIS MONTALI
U.S. Bankruptcy Judge



# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re

**EXIGEN (USA), INC.,**

            Debtor.

) Case No. 13-32281 DM
)
) Chapter 11
)
)
)
)
)

## ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE

Upon the application of the United States Trustee for Region 17, and it appearing that Kyle Everett, a disinterested person as set forth in 11 U.S.C. § 101(14), has been selected as a chapter 11 trustee in this case by the United States Trustee, and after due deliberation and sufficient cause appearing,

IT IS HEREBY ORDERED that the selection of Kyle Everett to serve as chapter 11 trustee in this case is APPROVED under 11 U.S.C. § 1104; and

IT IS FURTHER ORDERED that the chapter 11 trustee shall have all the powers of a trustee under 11 U.S.C. § 1106(a).

****END OF ORDER****

## COURT SERVICE LIST

Kyle Everett
235 Pine Street, Suite 1150
San Francisco, CA 94104

Exigen (USA), Inc.
345 California St., 10th Flr.
San Francisco, CA 94104