

Signed and Filed: March 6, 2014

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

1  Debra Grassgreen (CA Bar No. 169978)
   John W. Lucas (CA Bar No. 271038)
2  PACHULSKI STANG ZIEHL & JONES LLP
   150 California Street, 15th Floor
3  San Francisco, California 94111-4500
   Telephone: 415/263-7000
4  Facsimile: 415/263-7010
   E-mail: dgrassgreen@pszjlaw.com
5          jlucas@pszjlaw.com

6  Counsel for Kyle Everett, Chapter 11 Trustee

NOTE: THE COURT HAS MADE CHANGES TO THE ORDER THAT WAS SUBMITTED

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>Exigen (USA), Inc.,<br><br>Debtor. | Case No.: 13-32281-DM<br><br>Chapter 11<br><br>**ORDER APPROVING EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL**<br><br>[No Hearing Required] |

The Court has considered the *Application of the Chapter 11 Trustee for Order Approving Employment of Pachulski Stang Ziehl & Jones LLP as Counsel* (the "Application") filed by Kyle Everett, Chapter 11 Trustee (the "Trustee"), and the Declaration of Debra Grassgreen and the supplement thereto in support of the Application; based upon the record before the Court, it appears that Pachulski Stang Ziehl & Jones LLP ("PSZ&J") does not hold or represent any interest adverse to the estate in the matters on which it is to be employed, that PSZ&J is a disinterested person, that its employment is in the best interest of the estate, and that no hearing on the Application is required. Accordingly, it is hereby:

**ORDERED** that the Trustee is authorized to employ PSZ&J as his counsel herein on the terms and conditions set forth more fully in the Application, effective as of January 23, 2014; and it is further

**ORDERED** that the employment arrangement approved herein contemplates that, subject to Court approval, the Trustee will compensate PSZ&J at its customary hourly rates in effect from time to time and reimburse PSZ&J for its expenses according to its customary reimbursement policies; and it is further

**ORDERED** that in the event PSZ&J changes it compensation rates, PSZ&J shall file a declaration describing the change in compensation and provide the reasons for such changes; and it is further

**ORDERED** that the Court retains jurisdiction to interpret and enforce the terms of this Order.

```
The court's GUIDELINES FOR COMPENSATION AND EXPENSE REIMBURSEMENT OF PROFESSIONALS AND
TRUSTEES will apply.  They are available in the Rules & Procedures section of the
court's website.
```

**\*\*END OF ORDER\*\***